```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  JUSTIN W. DERSCH
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. 07-0260 GGH |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Continue Hearing |
| v. | ) | Date: August 13, 2007 |
| LINDA LEA WHEAT, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Gregory G. Hollows |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, Linda Lea Wheat, by and through her undersigned counsel, that the defendant's initial appearance be continued from August 13, 2007, 9:00 a.m. to August 27, 2007, at 9:00 a.m.

The reason for the continuance is that the defendant has provided the Government with medical records as to her existing medical condition and the government needs time to evaluate the medical records.

///

///

///

///

1

```
 1        The parties agree that time may continue to be excluded from
 2   August 13, 2007 to August 27, 2007, pursuant to Title 18, United
 3   States Code, Section 3161(h)(8)(B)(iv), also known as Local Code
 4   T4, reasonable time to prepare.
 5   DATED: August 10, 2007              McGREGOR W. SCOTT
                                         United States Attorney
 6
 7                               By:     /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
 8                                       Assistant U.S. Attorney
 9
10   DATED: August 10, 2007              DANIEL J. BRODERICK
                                         Federal Defender
11
12                               By:     /s/ Lexi Negin
                                         Lexi Negin
13                                       Assistant Federal Defender
                                         Attorney for Defendant
14
15
16                           O R D E R
17   IT IS SO ORDERED:
18   DATED:8/16/07
19   /s/ Gregory G. Hollows
     _____
20   HON. GREGORY G. HOLLOWS
     United States Magistrate Judge
21
22   wheat.ord
```