McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JUSTIN W. DERSCH
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-0260 GGH |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| v. ) | AND ORDER |
| LINDA LEA WHEAT, ) | DATE: October 15, 2007 |
|  ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Cr. No. S-07-0260 GGH.

Defendant's attorney, Lexi Negin, Assistant Federal Defender, has agreed to the motion to dismiss without prejudice.

///
///
///
///
///
///

In consideration of the above, the government respectfully requests that the above case be dismissed without prejudice.

DATED: October 12, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                                 By: /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED:

DATED: 10/18/07

/s/ Gregory G. Hollows
_____
United States Magistrate Judge




wheat.dism